# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00232-CV

### In re Wayne Ernest Barker

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining about the alleged failure of an administrative assistant in the Open Records section of the Texas Department of Criminal Justice to comply with relator's open records request. *See* Tex. R. App. P. 52.8. Having reviewed the petition, which does not include a record or even an appendix, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Filed:   May 1, 2012